ON SUGGESTION FOR REHEARING EN BANC

May 31, 1996
Before DAVIS and PARKER, Circuit Judges, and BUNTON,* District Judge.
PER CURIAM:
Treating the Suggestion for Rehearing En Banc as a Petition for Panel Rehearing, the Petition for Panel Rehearing is DENIED. The Court having been polled at the request of one of the members of the Court and a majority of the Judges who are in regular active service not having voted in favor (FRAP and Local Rule 35), the Suggestion for Rehearing En Banc is DENIED.
For reasons to be assigned, Circuit Judge EDITH H. JONES dissents from refusal to grant rehearing en banc.
Circuit Judge GARWOOD and Circuit Judge PATRICK E. HIGGINBOTHAM did not participate in the consideration of the suggestion for rehearing en banc.